UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60112-CR-ZLOCH

UNITED STATES OF AMERICA

vs.                                                    **MINUTE ORDER (UNDER SEAL)**

TARIK JEAN-JOURDIAN

---

On April 29, 2016 an Indictment was filed against the above defendant.

The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 31st day of May, 2016 at Fort Lauderdale, Florida.

AT THE DIRECTION OF THE
HONORABLE WILLIAM J. ZLOCH

STEVEN M. LARIMORE
CLERK

BY: *Barbara L. Coats*
Barbara L. Coats
Deputy Clerk

cc: Joshua Rothstein, Esq., AUSA