UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA     CASE # 16-60112-CR-ZLOCH/HUNT

VS

Tarik Jean-Jourdian     PRISONER # 14036-104

*************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    (FT. LAUDERDALE)    WEST PALM BEACH    FT. PIERCE

*************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A":*

1) DATE AND TIME OF ARREST: 09/26/2016 at approximately 1239 hrs

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE (S) CHARGED: 18 USC 1029(a)(2) Unauthorized Access Devices
18 USC 1028A(a)(1) Aggrevated Identity Theft

4) U.S. CITIZEN    [X] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: Aug 31, 1992 - 8/31/1992

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT
[ ] COMPLAINT TO BE FILED/ALREADY FILED
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PROBATION VIOLATION WARRANT
[ ] PAROLE VIOLATION WARRANT

ORIGINATING DISTRICT: Southern District of Florida

COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES    [ ] NO

7) AMOUNT OF BOND: $150,000    WHO SET BOND: AUSA Joshua Rothstein

8) ARRESTING/PROCESSING AGENT: Michelle Stickler    DATE: 09/26/2016

9) AGENCY: US Dept of Labor-OIG- ORI# GADOL02J0    PHONE: 954-520-4634